UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:                                                                CASE NO. 12-06333-8-JRL
JAMES M. ADAMS, SR.
    Debtor(s)                                                        CHAPTER: 7

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES

Please take notice that Franklin Drake of Smith Debnam Narron Drake Saintsing & Myers, L.L.P. of Raleigh, North Carolina, enters its appearance as counsel for WAKE FOREST FEDERAL SAVINGS AND LOAN ASSOCIATION, and requests to receive documents on behalf of WAKE FOREST FEDERAL SAVINGS AND LOAN ASSOCIATION, a creditor in the above-captioned case, and requests that all notices, disclosure statements, and plans as set forth in Rule 2002(i) and 3017(a), Fed. R. Bankr.P., in the time, form and manner as given to any other party, be delivered to the person(s) listed below at the following address(es):

Franklin Drake
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, L.L.P.
Post Office Box 26268
Raleigh, North Carolina 27611

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notice and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail delivery, telephone, telex or otherwise which affect the Debtor or the property of the Debtor.

The undersigned further requests notice of any proposed abandonment of property of the estate.

This the __26th__ day of November, 2012.

/s/ Franklin Drake
Franklin Drake
State Bar No. 8732
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, L.L.P.
Attorneys for Movant
Post Office Box 26268
Raleigh, North Carolina 27611
Telephone: (919) 250-2000
Facsimile: (919) 250-2100
fdrake@smithdebnamlaw.com

***    This communication is from a debt collector.  The purpose of this communication is to collect a debt.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                        CASE NO:      12-06333-8-JRL
James M. Adams, Sr.                    CHAPTER     7

     Debtor(s)

## CERTIFICATE OF SERVICE

I, Cindy B. McGhee, a paralegal with Smith Debnam Narron Drake Saintsing & Myers, L.L.P., state under penalty of perjury:

That I am, and at all times hereinafter-mentioned was, more than eighteen (18) years of age; and

That on the 26th day of November, 2012, I served copies of the foregoing upon the following by mailing a copy thereof, postage prepaid:

James M. Adams, Sr., Debtor             Jason L. Hendren
909 South Main St.                           Attorney for Debtor(s)
Wake Forest NC 27587                   4600 Marriott Dr., Ste. 150
                                                            Raleigh NC 27612

This the 26th day of November, 2012.

                                               /s/ Cindy B. McGhee
                                               Cindy B. McGhee, Paralegal

\*\*\*     This communication is from a debt collector. The purpose of this communication is to collect a debt.12065901FD