IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO:   12-06333-8-JRL |
| James Adams, Sr. | CHAPTER   13 |
|     Debtor | |

## NOTICE OF SATISFACTION OF SPECIFIC PROOF OF CLAIM  #11
## FROM PROCEEDS OF SALE OF COLLATERAL

Comes now  the creditor Wake Forest Federal Savings & Loan Association, ("WFF") by counsel, and hereby informs to the Court, the Trustee, and debtor's counsel that its specific Proof of Claim  filed on 1/22/15, being #11 in the Clerk's Claims Register, has now been satisfied by and  from the proceeds of a sale of collateral by the owner thereof,  Millridge Investments, Inc..

Said proceeds in an amount and a payment form acceptable to WFF have now been actually received at the offices of WFF.  No  distributions from the Trustee to WFF upon this particular claim #11 should be remitted.

Date: 1/25/13

SMITH DEBNAM NARRON WYCHE SAINTSING & MYERS, LLP


By: *Franklin Drake*
NCSB 8732
Counsel for WFF
PO Box 26268
Raleigh, NC 27611
919-250-2109
Fax 919-250-2211
Fdrake@smithdebnamlaw.com