# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## CASE NO.: 5:14-CV-00278-BO

| | |
|---|---|
| JAMES M. ADAMS, SR. | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD D. SPARKMAN, | ) |
| CHAPTER 7 TRUSTEE | ) |
| | ) |
| Appellee. | ) |
| | ) |

## STIPULATION OF VOLUNTARY DISMISSAL

Appellant James M. Adams, Sr. and Respondent Richard D. Sparkman, Chapter 7 Trustee, by and through their respective undersigned attorneys, and pursuant to Rule 42 of the Federal Rules of Appellate Procedure, hereby stipulate and agree to dismissal of this appeal.

This the 30th day of December, 2014.

| | |
|---|---|
| HENDREN & MALONE, PLLC | MORRIS, RUSSELL, EAGLE & WORLEY, PLLC |
| | |
| s/Jason L. Hendren | s/Cindy G. Oliver |
| Jason L. Hendren | Cindy G. Oliver |
| N.C. State Bar #26869 | N.C. State Bar #14258 |
| HENDREN & MALONE, PLLC | 2235 Gateway Access Point, Suite 201 |
| 4600 Marriott Drive, Suite 150 | Raleigh, NC 27607 |
| Raleigh, NC 27612 | (919) 645-4300 |
| (919) 573-1426 | coliver@morrisrussell.com |
| Email: jhendren@hendrenmalone.com | ATTORNEY FOR RESPONDENT |
| ATTORNEY FOR THE APPELLANT | |